IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANILLO VILLEGAS,

        Petitioner,

vs.                                          No. 10 CV 405 MCA/LFG

RAY TERRY, Warden,

        Respondent.

## ORDER EXTENDING TIME FOR APPOINTED COUNSEL'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS

       THIS MATTER having come before the Court and the Court being fully aware of the circumstances including Assistant United States Attorney Norman Cairns having no objection to the extension of time for the filing of defendant's response to the government's Motion to Dismiss until September 24, 2010, finds that good cause exists to grant Mr. Villegas' motion.

       IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time [Doc. 16] is granted. Counsel for Mr. Villegas be allowed until September 24, 2010 to file his response in this matter.

*Lorenzo F. Garcia*
LORENZO F. GARCIA
United States Magistrate Judge

Submitted by:
Joseph W. Gandert, AFPD
Attorney for Petitioner

Approved by
Norman Cairns, AUSA
Attorney for Respondent.